UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CLAYTON MARK ANTHONY MEERTINS, JR.

                    Petitioner,

     - against -

NEW YORK STATE SUPREME COURT
and NEW YORK STATE CORRECTIONS
AND COMMUNITY SUPERVISION,

                    Respondents.
---------------------------------------------------------------x
CLAYTON MARK ANTHONY MEERTINS, JR.

                    Petitioner,

     - against -

NEW YORK STATE CORRECTIONS AND
COMMUNITY SUPERVISION,

                    Respondent.
---------------------------------------------------------------x
CLAYTON MARK ANTHONY MEERTINS, JR.

                    Petitioner,

     - against -

NEW YORK STATE CORRECTIONS AND
COMMUNITY SUPERVISION,

                    Respondent.
---------------------------------------------------------------x

NOT FOR PUBLICATION

**MEMORANDUM & ORDER**

24-CV-1327 (LDH) (LB)

24-CV-6740 (LDH) (LB)

25-CV-463 (LDH)

LaSHANN DeARCY HALL, United States District Judge.

      Petitioner Clayton Mark Anthony Meertins, Jr. filed three substantially similar petitions for a writ of habeas corpus ostensibly pursuant to 28 U.S.C. § 2254. (*See* Pet. Writ Habeas Corpus, *Meertins Jr. v. New York State Supreme Court*, (24-cv-01327) ("Pet. (24-cv-1327)"),

ECF No. 1; Pet. Writ Habeas Corpus, *Meertins v. New York State Corrections and Community Supervision*, (24-cv-06740) ("Pet. (24-cv-06740)"), ECF No. 1; Pet. Writ Habeas Corpus, *Meertins v. New York State Supreme Court*, (25-cv-00463) ("Pet. (25-cv-00463)"), ECF No. 1.) The petitions identify a Queens County conviction under Docket Number CR-99049-20QN but do not directly challenge the conviction or request any particular relief. (*See* Pet. (24-cv-1327) ¶ 11; Pet. (24-cv-06740) ¶ 1; Pet. (25-cv-00463) ¶ 1.) Petitioner's only claim was that his "name and date of birth were incorrect on all court documentation." (*See* Pet. (24-cv-1327) ¶ 12; Pet. (24-cv-06740) ¶ 12; Pet. (25-cv-00463) ¶ 12.)

By Order entered April 15, 2025, the Court directed Petitioner to submit within 30 days an amended petition that conforms with Rule 2(c) of the Rules Governing Section 2254 Cases. (*See* Memorandum and Order, *Meertins Jr. v. New York State Supreme Court*, (24-cv-01327) ("Pet. (24-cv-1327)"), ECF No. 1; Memorandum and Order, *Meertins v. New York State Corrections and Community Supervision*, (24-cv-06740) ("Pet. (24-cv-06740)"), ECF No. 1; Memorandum and Order, *Meertins v. New York State Supreme Court*, (25-cv-00463) ("Pet. (25-cv-00463)"), ECF No. 1.) To date, petitioner has not submitted a valid petition for relief in any of the above captioned cases. Accordingly, the petitions are dismissed without prejudice.

Because Petitioner has not made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is respectfully directed to mail a copy of this Memorandum and Order to Petitioner, and note the mailing on all three dockets, enter judgment in all three dockets, and close each of the above captioned cases.

                                                                             SO ORDERED.

Dated: Brooklyn, New York                    /s/ LDH_____
       September 30, 2025                      LaSHANN DeARCY HALL
                                                         United States District Judge